**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 04-1592**

―――――――――

OTIS O. EDWARDS,

                                        Plaintiff - Appellant,

        versus

NEWPORT NEWS SHIPBUILDING AND DRY DOCK
COMPANY; LOCAL UNION 8888, UNITED STEELWORKERS
OF AMERICA,

                                        Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Jerome B. Friedman,
District Judge.  (CA-97-46-4)

―――――――――

Submitted:  September 16, 2004      Decided:  September 21, 2004

―――――――――

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Otis O. Edwards, Appellant Pro Se. Dean C. Berry, NEWPORT NEWS
SHIPBUILDING & DRY DOCK CO., Newport News, Virginia; Kenneth
Michael Reiss, NORTHROP GRUMMAN CORPORATION, Arlington, Virginia;
David I. Goldman, Associate General Counsel, Daniel Martin Kovalik,
UNITED STEELWORKERS OF AMERICA, Pittsburgh, Pennsylvania; James J.
Vergara, Jr., VERGARA & ASSOCIATES, Hopewell, Virginia, for
Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Otis O. Edwards appeals the district court's order denying his motion for reconsideration of the dismissal of his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Edwards v. Newport News Shipbldg. & Dry Dock Co., No. CA-97-46-4 (E.D. Va. Apr. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED